LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

January 4, 2024

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: United States v. Sampson (Dejon Scott)
22 Cr. 640 (KMK)

Dear Judge Karas:

I am appointed counsel for Dejon Scott in the above matter pursuant to the Criminal Justice Act. A status conference is scheduled in the above matter on January 10, 2024. Sam Schmidt, Esq., the attorney for a co-defendant in this matter, has graciously agreed to appear on my behalf for this status conference because I will be outside New York State that day. I respectfully request that he be permitted to do so.

I already made my client aware that counsel for a co-defendant will likely be appearing on my behalf, and he had no objection to it. I will speak with my client again prior to the Court appearance to remind him that Mr. Schmidt will be appearing on my behalf.

I have made no prior requests to be excused from any status conferences in this matter.

The Court thanks Mr. Tulman for the heads up about his absence and Mr. Schmidt for covering for Mr. Tulman.

Respectfully submitted,

So Ordered.
1/4/24

Scott B. Tulman

SBT:ss
cc: Jennifer N. Ong, AUSA