UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Dejon Scott,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 640 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Elizabeth E. Macedonio, Esq. is to assume representation of the defendant in the above captioned matter as of February 28, 2025. Ms. Macedonio is appointed pursuant to the Criminal Justice Act. Her address is 52 Duane Street, 7th floor, New York, NY 10007, phone number 917-533-5965, Email: emacedonio@yahoo.com

Scott B. Tulman is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 3, 2025